[No. 15749-1-III.   Division Three.   November 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. IGNACIO COBOS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 96-1-50097-5, Duane E. Taber, J., entered April 16, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, J.; Schultheis, C.J., dissenting.

[No. 15849-7-III.   Division Three.   November 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY DEAN CARTMELL, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 95-1-00148-1, Michael E. Cooper, J., entered June 7, 1996. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16245-1-III.   Division Three.   November 17, 1998.]

*In the Matter of the Marriage of* LARRY C. BECK, *Respondent*, and MARGARET F. BECK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 87-3-02078-7, Michael E. Donohue, J., entered October 18, 1996. *Reversed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[No. 17022-5-III.   Division Three.   November 17, 1998.]

CHARLENE L. STEVENSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 96-2-00288-3, Larry M. Kristianson, J., entered October 7, 1997. *Reversed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.